IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARRIE AUSTIN**     **PLAINTIFF**

v.     Case No. 3:18-cv-00195-JTK

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**     **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 24th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE